IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13-CR-249 |
| vs. | |
| MIGUEL GUTERREZ AND YOLANDA GUTIERREZ, | ORDER |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion to Dismiss Forfeiture Allegation (filing 153). In support of its motion, the plaintiff represents that the money that is the subject of the forfeiture allegation against the above-captioned defendants has been administratively forfeited by the Drug Enforcement Administration, so a judicial forfeiture action cannot proceed. *See* 19 U.S.C. § 1609(b). Therefore, the Court will grant the plaintiff's motion.

IT IS ORDERED:

1. The plaintiff's Motion to Dismiss Forfeiture Allegation (filing 153) is granted.

2. The forfeiture allegation of the operative indictment (filing 1-2) is dismissed as to defendants Miguel Gutierrez and Yolanda Gutierrez.

Dated this 3rd day of January, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge