# UNITED STATES DISTRICT COURT
for the

District of Nebraska

United States of America
v.
MIGUEL GUTIERREZ

Case No: 8:13cr249-001
USM No: 25764-047

Date of Original Judgment: 02/24/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

David R. Stickman
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **235** months **is reduced to** **188 months**.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated **02/24/2014** shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/25/2016

s/ John M. Gerrard
*Judge's signature*

Effective Date: 01/25/2016
*(if different from order date)*

John M. Gerrard, United States District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: MIGUEL GUTIERREZ
CASE NUMBER: 8:13cr249-001
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: 33           Amended Total Offense Level: 31
Criminal History Category: VI              Criminal History Category: VI
Previous Guideline Range: 235 to 293 months   Amended Guideline Range: 188 to 235 months

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 241 and 242 are granted as provided herein.